**RECEIVED**

OCT 1 9 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

NORMAN ALLEN COTY

-vs-

SHERIFF'S OFFICE RAPIES PARISH

CASE NO. 18-CV-00797

JUDGE DRELL

MAG. JUDGE PEREZ-MONTES

---

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 11), and after a *de novo* review of the record including the objections filed by Plaintiff (Doc. 12), and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that plaintiff's § 1983 complaint is **DISMISSED** with prejudice.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 22ND day of

October , 2018.

**DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**